UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RODERICK EDWARDS, | ) |
| Plaintiff, | ) |
| Vs. | ) Case No. 4:08CV343 HEA |
| UAW LOCAL 282, | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel. The Court has reviewed the pleadings in this matter and is of the opinion that appointment of counsel would best serve the interest of justice.

Accordingly,

IT IS HEREBY ORDERED that , Paul Martin, CURTIS Heinz Garrett & O'Keefe, 130 S. Bemiston Avenue, Suite 200, St. Louis, MO, 63105, phone 314-725-8788, fax 314-725-8789, is appointed to represent plaintiff in this matter. The Clerk of the Court shall provide plaintiff's newly-appointed counsel with a complete copy of the court file at no cost.

Dated this 24th day of June, 2008.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE